1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| DOROTHY JACKSON, | ) | Case No. 2:13-cv-01666-GMN-NJK |
| | ) | |
| Plaintiff(s), | ) | ORDER GRANTING MOTION TO |
| | ) | EXTEND THE DEADLINE TO |
| vs. | ) | SERVE THE COMPLAINT |
| | ) | |
| UNIVERSAL HEALTH SERVICES, INC., et al., | ) | (Docket No. 7) |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16      Pending before the Court is Plaintiff's motion to extend the deadline to serve the complaint

17  on Defendants Jim Zolnowski and Universal Health Services, Inc. (collectively, the "Unserved

18  Defendants"). Docket No. 7.[1] Upon a showing of good cause, the Court must extend the time to

19  serve the complaint. *See* Fed. R. Civ. P. 4(m); *see also Morgan v. City of Henderson Detention Ctr.*,

20  2011 WL 1626560, *2 (D. Nev. Apr. 27, 2011) (outlining standards). Plaintiff's motion outlines her

21  steps to attempt service on the Unserved Defendants, including, *inter alia*, discussing directly with

22  Universal Health Services' headquarters its proper agent for service of process in Nevada and

23  attempting service on Mr. Zolnowski in Illinois. *See* Mot. at 2-4. Plaintiff also highlights that she

24  will be prejudiced by the lack of an extension in light of the running of the statute of limitations.

25

26

27

28

      [1] The motion indicates that the other Defendants were served successfully already. *See id.* at 2.
The Court notes that a proof of service on the other Defendants has not been filed, however. *Cf.* Fed. R.
Civ. P. 4(l)(1) (requiring filing of proof of service with the Court, unless service is waived).

1    *See id.* at 6.[2]  Having considered the papers and all of the relevant factors, the Court finds that good

2    cause exists and hereby GRANTS the motion to extend the deadline for serving Defendants Jim

3    Zolnowski and Universal Health Services, Inc. by 60 days, up to and including <u>March 11, 2014</u>.

4         IT IS SO ORDERED.

5         DATED: January 13, 2014

7    _____
     NANCY J. KOPPE
8    United States Magistrate Judge

---

27

28   [2] Conversely, the Court discerns no prejudice to the Unserved Defendants in granting a brief extension.